UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:11-cv-60210-MGC   (Cooke/Bandstra)

NATIONAL ALLIANCE FOR ACCESSIBILITY,
INC., a Florida Non Profit Corporation,
and DENISE PAYNE, individually,

    Plaintiffs,

v.

SOUTHRING S.C. COMPANY, LTD., a Florida
Limited Partnership,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby stipulate to the entry of an order dismissing this action WITH PREJUDICE on the grounds that the parties have reached a settlement. The parties request that the Court reserve jurisdiction to enforce the terms of their settlement agreement, a copy of which is attached hereto as Exhibit "A." Also attached is a proposed final order of dismissal with prejudice.

Respectfully submitted this 7th day of September, 2011.

[Signature blocks on following page.]

/s Lawrence A. Fuller[1]
Lawrence A. Fuller, Esq.
Florida Bar No. 180470
E-mail: lfuller@fullerfuller.com
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, Florida 33181
Telephone:   (305) 891-5199
Facsimile:    (305) 893-9505
Counsel for Plaintiffs

/s Adam S. Chotiner
Adam S. Chotiner, Esq.
Florida Bar No. 0146315
E-mail: aschotiner@sbwlawfirm.com
Shapiro, Blasi, Wasserman &
 Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, Florida 33434
Telephone:   (561) 477-7800
Facsimile:    (561) 477-7722
Counsel for Defendant

---

[1] Lawrence A. Fuller has provided Adam S. Chotiner with express authority to file this joint stipulation.

**Certificate of Service**

I hereby certify that on September 7, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF

/s Adam S. Chotiner
ADAM S. CHOTINER, ESQ.

**SERVICE LIST**

National Alliance for Accessibility, Inc., et al. v. Southring S.C. Company, Ltd.
0:11-cv-60210-MGC   (Cooke/Bandstra)
United States District Court, Southern District of Florida

Lawrence A. Fuller, Esquire
E-Mail:   lfuller@fullerfuller.com
Fuller Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL  33181
Telephone:   (305) 891-5199
Facsimile:    (305) 893-9505
Counsel for Plaintiffs
*Via CM/ECF*

Adam S. Chotiner, Esquire
E-Mail:   aschotiner@sbwlawfirm.com
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone:   (561) 477-7800
Facsimile:    (561) 477-7722
Counsel for Defendant
*Via CM/ECF*