UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-60210-Civ-COOKE/TURNOFF

NATIONAL ALLIANCE FOR ACCESSIBILITY,
INC, *et al.*,

    Plaintiffs,

v.

SOUTHRING S.C. COMPANY, LTD.,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Joint Stip. for Dismissal with Prejudice, ECF No. 35).  The Clerk shall **CLOSE** this case.  All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers, Miami, Florida, this 16th day of September 2011.

*(signed)* Marcia G. Cooke
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate*
*Counsel of record*